AO 91 (Rev. 11/11) Criminal Complaint

SAUSA Jonathan A. Clow (312) 469-6052

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

18CR 534

UNITED STATES OF AMERICA

v.

STEVEN A. CARROLL

CASE NUMBER:
**UNDER SEAL**

MAGISTRATE JUDGE COLE

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 29, 2018, at Chicago, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, United States Code, Section 2113(a) | Bank Robbery |

This criminal complaint is based upon these facts:

X Continued on the attached sheet.

HERBERT E. HOGBERG III
Special Agent, Federal Bureau of Investigation (FBI)

Sworn to before me and signed in my presence.

Date: August 30, 2018

*Judge's signature*

City and state: Chicago, Illinois

JEFFREY COLE, U.S. Magistrate Judge
*Printed name and Title*

FILED

EC AUG 31 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS ) ss

**AFFIDAVIT**

I, HERBERT E. HOGBERG III, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so assigned since approximately July 2002. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that STEVEN A. CARROLL has violated Title 18, United States Code, Section 2113(a). Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging CARROLL with bank robbery, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

3. This affidavit is based on my personal knowledge, information provided to me by other law enforcement agents, reports related to this investigation, conversations with others who have knowledge of the events and circumstances described herein, interviews of bank employees and witnesses, surveillance photographs and videos, documents provided by bank personnel, and my experience and training as an FBI agent.

## FACTS SUPPORTING PROBABLE CAUSE

### US Bank Robbery

4. On August 29, 2018, at approximately 1:10 p.m., the US Bank located inside of a Meijer grocery store at 1301 Meijer Drive, Rolling Meadows, Illinois, was robbed. Following the robbery, law enforcement interviewed US Bank Teller A and US Bank Teller B who witnessed the robbery.

5. According to US Bank Teller A, the robber, a white male, approached his/her teller station and asked for a withdrawal slip. Teller A provided the robber the withdrawal slip, but the robber did not fill out the slip. According to Teller A, the robber made conversation with Teller A and asked if he/she was trained in bank procedures, to which Teller A responded affirmatively. According to Teller A, the robber stated something to the effect of, "Since you know bank procedures, this is a robbery. Put all of the cash on the counter." According to Teller A, the robber produced a small black gun from his right side, held it in his right hand, and pointed it at Teller A. According to Teller A, the robber then told Teller A and US Bank Teller B something to the effect of, "Take out all of your 50s, 100s, and cash in the drawer, and put it on the counter." Teller A and Teller B then removed money from their teller drawers and placed it on the counter. The robber took the money from the counter and headed toward the west exit doors of the Meijer.

6. According to US Bank Teller B, he/she was working at his/her teller station, adjacent to Teller A, when the robber, a white male, approached Teller A's teller station. According to Teller B, he/she heard the robber say something about a large withdrawal and saw Teller A taking money out of his/her teller drawer.

According to Teller B, the robber then said something to the effect of, "No funny business. Give me your money." According to Teller B, he/she removed money from his/her drawer. According to Teller B, when handing the money to the robber, he/she observed a small black handgun in the robber's right hand, pointed at Teller A. According to Teller B, the robber then exited the Meijer out of the west exit.

7. US Bank provided the FBI with documentation showing that the deposits of US Bank were insured by the Federal Deposit Insurance Corporation at the time of the bank robbery.

8. US Bank further provided the FBI with documentation showing a loss of $2,156 in United States currency incurred as a result of the robbery.

9. Law enforcement obtained still images from security camera footage of both the US Bank and Meijer for the date and time of the robbery. I have reviewed these still images, which show the robber was a white male, tall, heavy build, approximately 50 years old, with white and gray colored hair, and wearing black sunglasses, a blue polo shirt, black shorts, and black gym shoes with white soles.

**Identification of STEVEN CARROLL**

10. Following the robbery, law enforcement received information from two individuals (Tipster A and Tipster B) stating that STEVEN CARROLL was the white male who robbed the US Bank on or about August 29, 2018.

11. Law enforcement spoke with Tipster A, who contacted law enforcement after viewing a still image of the robber in a local news article about the US Bank robbery. According to Tipster A, he/she recognized the robber as one of his/her customers at the financial institution where he/she works, Business A. According to

Tipster A, this customer has visited Business A on a regular basis, about every other week, for approximately three or four years. According to Tipster A, he/she remembered this customer because the customer generally asks for temporary checks during each visit, which Tipster A found odd because the customer typically has a low account balance. According to Tipster A, he/she last saw this customer at Business A on or about August 13, 2018, when the customer again asked for temporary checks.

12. According to Tipster A, after recognizing the robber as his/her customer, he/she reviewed records of Business A and identified the customer as STEVEN CARROLL.

13. Business A provided law enforcement with security camera footage and still images from CARROLL's visit to Business A on or about August 13, 2018. I have reviewed these still images and compared them with the still images from the US Bank robbery. Based on my review, CARROLL significantly resembles the robber, based on the similar height, heavy build, and white and gray hair. In addition, in the still images from Business A, CARROLL wore a blue polo shirt and black sunglasses that appear to be the same as those worn by the robber during the US Bank robbery.

14. Law enforcement spoke with Tipster B, who contacted law enforcement after viewing a still image of the robber in a local news article about the US Bank robbery. According to Tipster B, he/she recognized the robber as STEVEN CARROLL, an immediate family member of Tipster B. According to Tipster B, he/she has known CARROLL for over thirty years. According to Tipster B, the robber bears a striking resemblance to CARROLL. According to Tipster B, CARROLL has had

financial problems for approximately two or three years and has been borrowing money from family members.

15. Tipster B observed that the robber was wearing sunglasses in the still image from US Bank. According to Tipster B, the sunglasses appear to be the same ones that Tipster B gifted to CARROLL last year. Tipster B also observed that the robber was holding a gun in his right hand in the still images. According to Tipster B, CARROLL owns a gun of a similar black color, size, and model. According to Tipster B, Tipster B bought the gun for his/her spouse, who in turn gave the gun to CARROLL's wife.

**Teller Identifications of STEVEN CARROLL**

16. Based on this information, law enforcement created photographic arrays to be shown to witnesses of the US Bank robbery. The photographic array contained six photographs of individuals, one of which was CARROLL. For each witness, the six photographs were individually shown. The law enforcement officer who conducted the photographic arrays did not know the identity of CARROLL or the position of his photo in the array.

17. On or about August 30, 2018, the photographic array was shown to US Bank Teller A. Teller A identified the photo of CARROLL as the bank robber. Teller A recognized CARROLL as the robber based on the similar lips and nose. Teller A identified his/her selection by signing his/her name and documenting the date and time on the photograph of CARROLL.

18. On or about August 30, 2018, the photographic array was shown to US Bank Teller B. Teller B identified the photo of CARROLL as the bank robber. Teller

B recognized the photo of CARROLL as the robber based on the similar hair, but Teller B recalled the robber being older and with a heavier build. Teller B identified his/her selection by signing his/her name and documenting the date and time on the photograph of CARROLL.

**CARROLL's Residence**

19. On or about August 30, 2018, law enforcement responded to the residence listed on CARROLL's Illinois driver's license and spoke with Individual A. Law enforcement showed still images from the US Bank robbery to Individual A. According to Individual A, he/she recognized the robber as CARROLL, an immediate family member of Individual A. According to Individual A, he/she has known and lived with CARROLL for over thirty years.

20. According to Individual A, a family member, Tipster B, gave Individual A a small black gun, which he/she stored in his/her nightstand. According to Individual A, he/she keeps the case for the gun in his/her bedroom closet on a shelf. Individual A reviewed the still images of the robber and observed the gun in the robber's hand. According to Individual A, the gun used by the robber has the same color, size, and appearance of Individual A's gun.

21. On or about August 30, 2018, law enforcement asked Individual A to confirm whether the gun was still present. According to Individual A, Individual A's gun and the gun case were not in the nightstand or closet where they were usually kept.

## CONCLUSION

22. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that, on or about August 29, 2018, STEVEN A. CARROLL, by intimidation, did take United States currency belonging to and in the care, custody, control, management, and possession of a bank, namely, US Bank, located at 1301 Meijer Drive, Rolling Meadows, Illinois, the deposits of which were then insured by the Federal Deposit Corporation (FDIC), in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT.

HERBERT E. HOGBERG III
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on August __, 2018.

JEFFREY COLE
United States Magistrate Judge