INTAKE

FILED

AUG 31 2018

AUG 30 2018

MAGISTRATE JUDGE
YOUNG B. KIM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN A. CARROLL | 18CR 534<br>CASE NUMBER:<br><br>**UNDER SEAL** MAGISTRATE JUDGE COLE |

**GOVERNMENT'S MOTION TO SEAL**
**COMPLAINT, AFFIDAVIT, AND ARREST WARRANT**

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Seal Complaint, Affidavit, and Arrest Warrant:

The public filing of the Complaint, Affidavit, and Arrest Warrant in this matter before the arrest warrant can be executed could alert the defendant and result in his flight and the destruction of evidence.

For this reason, the government respectfully requests that the Complaint, Affidavit, and Arrest Warrant, as well as this Motion to Seal, be sealed until the time of arrest of the defendant in this case or further order of the Court, whichever occurs earlier.

DATE: August 30, 2018

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: ______________________________
Jonathan A. Clow
Special Assistant United States Attorney
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 469-6052