**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | Case No: 18 CR 534 |
| v. | ) | |
| Steven A. Carroll | ) | Judge: Jeffrey Cole |

**ORDER**

Arrest warrant issued to Federal Bureau of Investigation as to Steven A. Carroll. The government's motion to seal complaint, affidavit, and arrest warrant is granted. Enter Order.

Date: August 30, 2018

Jeffrey Cole
United States Magistrate Judge